UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>    *Plaintiff,*<br><br>v.<br><br>CITY OF ALPHARETTA,<br>ARICK FURR, and<br>HAROLD SHOFFEITT,<br><br>    *Defendants.* | Civil Action No.: 1:23-cv-463-MLB |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Jeffrey Gray, Plaintiff in the above-titled action, and pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, hereby files his Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1.  The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10 percent or more of the stock of a party or proposed intervenor:

    Plaintiff:    **Jeffrey Gray**

Defendants:    **City of Alpharetta, Arick Furr, Harold Shoffeitt**

As of the date of this filing and to the best of Plaintiff's knowledge, no parent, public, or publicly held corporation owns ten percent or more of any party.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

Plaintiff is not aware of any persons, associations, firms, partnerships, or corporations, apart from the parties to this action and their counsel of record that do or may have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

As of the date of this filing, Plaintiff's counsel is aware of the following persons serving as attorneys for the parties:

**For Plaintiff:**

Adam B. Steinbaugh
James M. Diaz
Harrison M. Rosenthal
Foundation for Individual Rights and Expression, Inc.
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel:   (215) 717-3473
Fax:   (267) 573-3073
Email:       adam@thefire.org
Email:       jay.diaz@thefire.org
Email:       harrison.rosenthal@thefire.org

James P. Jordan
Foundation for Individual Rights and Expression, Inc.
700 Pennsylvania Ave., Suite 340
Washington, D.C. 20003
Tel:   (215) 717-3473
Fax:   (267) 573-3073
Email:       james.jordan@thefire.org

Andrew S. Fleischman
Sessions & Fleischman LLC
3155 Roswell Road, Ste. 220
Atlanta, GA 30305
Tel:   (470) 524-6379
Fax:   (470) 745-0734
Email:       andrew@thesessionslawfirm.com


**For Defendant Arick Furr:**

Emily E. Schnidt
Borkan & Scahill, Ltd.
Two First National Plaza
20 S. Clark Street, Suite 1700
Chicago, IL 60603
Tel:   (312) 580-1030

3

        Fax:  (312) 263-0128
        Email:     eschnidt@borkanscahill.com

4.     Jurisdiction in this action is not based on diversity under 28 U.S.C. § 1332(a).

Respectfully submitted this 9th day of March, 2023,

        /s/ *Adam Steinbaugh*
        Adam Steinbaugh (Admitted *pro hac vice*)
        James M. Diaz (Admitted *pro hac vice*)
        Harrison M. Rosenthal (Admitted *pro hac vice*)
        **FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION**
        510 Walnut Street, Suite 1250
        Philadelphia, PA 19106
        Tel:  (215) 717-3473
        Fax:  (267) 573-3073
        adam@thefire.org
        jay.diaz@thefire.org
        harrison.rosenthal@thefire.org

        James Jordan (Admitted *pro hac vice*)
        **FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION**
        700 Pennsylvania Ave., Suite 340
        Washington, D.C. 20003
        Tel:  (215) 717-3473
        Fax:  (267) 573-3073
        james.jordan@thefire.org

        Andrew S. Fleischman (GA Bar No. 949071)
        **SESSIONS & FLEISCHMAN LLC**
        3155 Roswell Road, Ste. 220
        Atlanta, GA 30305
        Tel:  (470) 524-6379

Fax:  (470) 745-0734
andrew@thesessionslawfirm.com

*Attorneys for Plaintiff Jeffrey Gray*

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Plaintiff hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in L.R. 5.1(C):  Century Schoolbook (13 point).

This 9th day of March, 2023.

>/s/ *Adam Steinbaugh*
>Adam Steinbaugh (Admitted *pro hac vice*)
>**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION**
>510 Walnut Street, Suite 1250
>Philadelphia, PA 19106
>Tel:   (215) 717-3473
>Fax:  (267) 573-3073
>adam@thefire.org

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 9th day of March 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to Counsel of Record:

N/A

I further certify that on this, the 9th day of March 2023, I served a copy of the foregoing document on the following parties or their counsel of record by U.S. Mail:

> Emily E. Schnidt
> Borkan & Scahill, Ltd.
> Two First National Plaza
> 20 S. Clark Street, Suite 1700
> Chicago, IL 60603
>
> The City of Alpharetta
> c/o Jim Gilvin, Mayor
> Alpharetta City Hall
> 2 Park Plaza
> Alpharetta, GA 30009
>
> Harold Shoffeitt
> Alpharetta Department of Public Safety
> 2565 Old Milton Parkway
> Alpharetta, GA 30009

This 9th day of March, 2023.

/S/ *Adam Steinbaugh*
Adam Steinbaugh (Admitted *pro hac vice*)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION**
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel:   (215) 717-3473
Fax:  (267) 573-3073
adam@thefire.org