# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALPHARETTA, a political subdivision of the State of Georgia; ARICK FURR, a Lieutenant of the Alpharetta Department of Public Safety, in his individual capacity; and HAROLD SHOFFEITT, an officer of the Alpharetta Department of Public Safety, in his individual capacity,<br><br>Defendants. | Civil Action File No.<br>1:23-CV-00463-MLB<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF JEFFREY GRAY, DEFENDANT CITY OF ALPHARETTA, AND DEFENDANT HAROLD SHOFFEITT'S JOINT MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

**COME NOW JEFFREY GRAY, CITY OF ALPHARETTA ("City"), AND HAROLD SHOFFEITT** in the referenced matter, who jointly stipulate and move for an extension of time for the City and Harold Shoffeitt to file an Answer to Plaintiff's Complaint through and including April 18, 2023. In so doing, the City and Harold Shoffeitt agree to waive all service defenses and further agree to pay Plaintiff for service costs.

Wherefore, Movants respectfully request this Court inquire into and grant an extension of time to Answer Plaintiff's Complaint through and including April 18, 2023.

Consented to and filed this 30th day of March, 2023.

| | |
|---|---|
| **FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION** | **HALL BOOTH SMITH, P.C.** |
| /s/ Adam Steinbaugh | /s/ Phillip E. Friduss |
| (by Phillip E. Friduss w/express permission) | PHILLIP E. FRIDUSS<br>Georgia Bar No. 277220 |
| ADAM STEINBAUGH* | HENRY CLELAND |
| Harrison Michael Rosenthal* | Georgia Bar No. 663931 |
| James Michael Diaz* | 191 Peachtree Street, N.E. |
| 510 Walnut Street, Suite 1250 | Suite 2900 |
| Philadelphia, PA. 19106 | Atlanta, GA 30303-1755 |
| Tel: 215-717-3473 | Tel: 404-954-5000 |
| Fax: 267-573-3073 | Fax: 404-954-5020 |
| adam@thefire.org | pfriduss@hallboothsmith.com |
| harrison.rosenthal@thefire.org | hcleland@hallboothsmith.com |
| jay.diaz@thefire.org | *Counsel for Defendants* |
| *Counsel for Plaintiff Jeffrey Gray* | *City of Alpharetta and Harold Shoffeitt* |

* Admitted *pro hac vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF ALPHARETTA, a political subdivision of the State of Georgia; ARICK FURR, a Lieutenant of the Alpharetta Department of Public Safety, in his individual capacity; and HAROLD SHOFFEITT, an officer of the Alpharetta Department of Public Safety, in his individual capacity,<br><br>              Defendants. | Civil Action File No.<br>1:23-CV-00463-MLB<br><br>**JURY TRIAL DEMANDED** |

## PROPOSED ORDER GRANTING JOINT MOTION REQUESTING EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

This matter having come before the Court on Plaintiff Jeffrey Gray, Defendant City of Alpharetta, and Defendant Harold Shoffeitt's Joint Motion for Extension of Time to Answer Complaint, and for good cause shown, it is hereby ordered and adjudged that the time within which City of Alpharetta and Harold Shoffeitt have to Answer Plaintiff's Complaint be extended through and including April 18, 2023.

**IT IS SO ORDERED, THIS \_\_\_\_ day of _____, 2023.**

                                        _____

                                        **HONORABLE MICHAEL L. BROWN**
                                        United States District Court Judge

-+Prepared By:

**HALL BOOTH SMITH, P.C.**

/s/ Phillip E. Friduss
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1755
Tel:  404-954-5000
Fax:  404-954-5020
E-Mail:  pfriduss@hallboothsmith.com
*Counsel for Defendants City of Alpharetta and Harold Shoffeitt*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALPHARETTA, a political subdivision of the State of Georgia; ARICK FURR, a Lieutenant of the Alpharetta Department of Public Safety, in his individual capacity; and HAROLD SHOFFEITT, an officer of the Alpharetta Department of Public Safety, in his individual capacity,<br><br>Defendants. | Civil Action File No.<br>1:23-CV-00463-MLB<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JEFFREY GRAY, CITY OF ALPHARETTA AND HAROLD SHOFFEITT'S JOINT MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** was served via electronic filing, via email and/or by placing same in the United States mail in a properly addressed envelope with adequate postage affixed thereto.

James Patrick Jordan
**Foundation for Individual Rights and Expressions – DC**
700 Pennsylvania Ave, SE, Ste 340
Washington, DC. 20003
215-717-3473
James.jordan@thefire.org
*Counsel for Plaintiff*

Emily E. Schnidt
**Borkan & Scahill, Ltd.**
Two First National Plaza
20 S. Clark Street Suite 1700
Chicago, IL. 60603
312-580-1030
eschnidt@borkanscahill.com
*Counsel for Defendant Arick Furr*

| | |
|---|---|
| Adam Steinbaugh<br>Harrison Michael Rosenthal<br>James Michael Diaz<br>**Foundation for Individual Rights and Expression**<br>510 Walnut Street, Suite 1250<br>Philadelphia, PA. 19106<br>215-717-3473<br>adam@thefire.org<br>harrison.rosenthal@thefire.org<br>jay.diaz@thefire.org<br>*Counsel for Plaintiff* | Andrew Santos Fleischman<br>**Sessions & Fleischman, LLC**<br>3155 Roswell Road<br>Suite 220<br>Atlanta, GA. 30305<br>470-524-6379<br>santosfleischman@gmail.com<br>*Counsel for Plaintiff* |

Respectfully submitted this 30th day of March, 2023.

**HALL BOOTH SMITH, P.C.**

*/s/ Phillip E. Friduss*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
HENRY CLELAND
Georgia Bar No. 663931
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1755
Tel:  404-954-5000
Fax:  404-954-5020
pfriduss@hallboothsmith.com
hcleland@hallboothsmith.com
*Counsel for Defendants City of Alpharetta and Harold Shoffeitt*