# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF ALPHARETTA, a political subdivision of the State of Georgia; ARICK FURR, a Lieutenant of the Alpharetta Department of Public Safety, in his individual capacity; and HAROLD SHOFFEITT, an officer of the Alpharetta Department of Public Safety, in his individual capacity,<br><br>              Defendants. | Civil Action File No.<br>1:23-CV-00463-MLB<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION REQUESTING EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

This matter having come before the Court on Plaintiff Jeffrey Gray, Defendant City of Alpharetta, and Defendant Harold Shoffeitt's Joint Motion for Extension of Time to Answer Complaint, and for good cause shown, it is hereby ordered and adjudged that the time within which City of Alpharetta and Harold Shoffeitt have to Answer Plaintiff's Complaint be extended through and including April 18, 2023.

**SO ORDERED this 3rd day of April, 2023.**

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE