# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALPHARETTA, a political subdivision of the State of Georgia; ARICK FURR, a Lieutenant of the Alpharetta Department of Public Safety, in his individual capacity; and HAROLD SHOFFEITT, an officer of the Alpharetta Department of Public Safety, in his individual capacity,<br><br>Defendants. | Civil Action File No.<br>1:23-CV-00463-MLB<br><br>**JURY TRIAL DEMANDED** |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

COME NOW THE PARTIES in the referenced matter, who consent to an extension of time for Defendants to file Answers to Plaintiff's Complaint through and including June 8, 2023.  The Parties have been engaged in settlement discussions in this matter; and, no further extensions of time to respond to the Complaint will be sought.

Wherefore, the Parties respectfully request this Court inquire into and grant an extension of time to Answer Plaintiff's Complaint through and including June 8, 2023.

Consented to and filed this 18th day of May 2023.

| | |
|---|---|
| **FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION** | **HALL BOOTH SMITH, P.C.** |
| */s/ Adam Steinbaugh* | */s/ Phillip E. Friduss* |
| (by Phillip E. Friduss w/express permission) | PHILLIP E. FRIDUSS<br>Georgia Bar No. 277220 |
| ADAM STEINBAUGH* | HENRY CLELAND |
| Harrison Michael Rosenthal* | Georgia Bar No. 663931 |
| James Michael Diaz* | 191 Peachtree Street, N.E. |
| 510 Walnut Street, Suite 1250 | Suite 2900 |
| Philadelphia, PA. 19106 | Atlanta, GA 30303-1755 |
| Tel: 215-717-3473 | Tel:  404-954-5000 |
| Fax: 267-573-3073 | Fax:  404-954-5020 |
| adam@thefire.org | pfriduss@hallboothsmith.com |
| harrison.rosenthal@thefire.org | hcleland@hallboothsmith.com |
| jay.diaz@thefire.org | *Counsel for Defendants* |
| *Counsel for Plaintiff Jeffrey Gray* | *City of Alpharetta and Harold Shoffeitt* |

\* Admitted *pro hac vice*

**BORKAN & SCAHILL, LTD**

*/s/ Emily E. Schnidt*
(by Phillip E. Friduss w/express Permission)
EMILY E, SCHNIDT
Georgia Bar No. 330676
Borkan & Scahill, Ltd.
Two First National Plaza
20 S. Clark Street Suite 1700
Chicago, IL. 60603
Tel:  312-580-1030
eschnidt@borkanscahill.com
*Counsel for Defendant Arick Furr*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>                  Plaintiff,<br><br>v.<br><br>CITY OF ALPHARETTA, a political subdivision of the State of Georgia; ARICK FURR, a Lieutenant of the Alpharetta Department of Public Safety, in his individual capacity; and HAROLD SHOFFEITT, an officer of the Alpharetta Department of Public Safety, in his individual capacity,<br><br>                  Defendants. | Civil Action File No.<br>1:23-CV-00463-MLB<br><br>**JURY TRIAL DEMANDED** |

## PROPOSED ORDER GRANTING CONSENT MOTION EXTENDING TIME TO ANSWER COMPLAINT

This matter having come before the Court on the Parties Consent Motion for Extension of Time to Answer Complaint, and for good cause shown, it is hereby ordered and adjudged that the time within which the Defendants have to Answer Plaintiff's Complaint be extended through and including June 8, 2023.

**IT IS SO ORDERED, THIS \_\_\_\_ day of _____, 2023.**

_____
**HONORABLE MICHAEL L. BROWN**
United States District Court Judge

Prepared By:

**HALL BOOTH SMITH, P.C.**

/s/ Phillip E. Friduss
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1755
Tel:  404-954-5000
Fax:  404-954-5020
E-Mail:  pfriduss@hallboothsmith.com
*Counsel for Defendants City of Alpharetta and Harold Shoffeitt*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALPHARETTA, a political subdivision of the State of Georgia; ARICK FURR, a Lieutenant of the Alpharetta Department of Public Safety, in his individual capacity; and HAROLD SHOFFEITT, an officer of the Alpharetta Department of Public Safety, in his individual capacity,<br><br>Defendants. | Civil Action File No.<br>1:23-CV-00463-MLB<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** was served via electronic filing, via email and/or by placing same in the United States mail in a properly addressed envelope with adequate postage affixed thereto.

| | |
|---|---|
| James Patrick Jordan<br>**Foundation for Individual Rights and Expressions – DC**<br>700 Pennsylvania Ave, SE, Ste 340<br>Washington, DC. 20003<br>215-717-3473<br>James.jordan@thefire.org<br>*Counsel for Plaintiff* | Emily E. Schnidt<br>**Borkan & Scahill, Ltd.**<br>Two First National Plaza<br>20 S. Clark Street Suite 1700<br>Chicago, IL. 60603<br>312-580-1030<br>eschnidt@borkanscahill.com<br>*Counsel for Defendant Arick Furr* |

| | |
|---|---|
| Adam Steinbaugh<br>Harrison Michael Rosenthal<br>James Michael Diaz<br>**Foundation for Individual Rights and Expression**<br>510 Walnut Street, Suite 1250<br>Philadelphia, PA. 19106<br>215-717-3473<br>adam@thefire.org<br>harrison.rosenthal@thefire.org<br>jay.diaz@thefire.org<br>*Counsel for Plaintiff* | Andrew Santos Fleischman<br>**Sessions & Fleischman, LLC**<br>3155 Roswell Road<br>Suite 220<br>Atlanta, GA. 30305<br>470-524-6379<br>santosfleischman@gmail.com<br>*Counsel for Plaintiff* |

Respectfully submitted this 18th day of May, 2023.

**HALL BOOTH SMITH, P.C.**

/s/ *Phillip E. Friduss*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
HENRY CLELAND
Georgia Bar No. 663931
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1755
Tel:  404-954-5000
Fax:  404-954-5020
pfriduss@hallboothsmith.com
hcleland@hallboothsmith.com
*Counsel for Defendants City of Alpharetta and Harold Shoffeitt*