

**FIRE**
Foundation for Individual
Rights and Expression

July 11, 2023

**<u>*Via Case Management/Electronic Case Files (CM/ECF)*</u>**

Courtroom Deputy
Northern District of Georgia
United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

     Re:    *Gray v. City of Alpharetta*, No. 1:23-cv-00463-MLB

Dear Courtroom Deputy:

    This letter is to notify the Court pursuant to Local Rule 83.1(E)(4), N.D. Ga., that I will be out of the office from September 20, 2023, to and including October 8, 2023, for a planned vacation out of the country. This leave will consist of eighteen days and does not require a motion under Local Rule 83.1(E)(4).

    I respectfully request that the Court not schedule any court appearance in the above-referenced matter for those dates.

               Sincerely,

               /s/ Adam Steinbaugh
               Adam Steinbaugh*
               Attorney
               FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
               510 Walnut Street, Suite 1250
               Philadelphia, PA 19106
               Tel: (215) 717-3473, ext. 213
               adam@thefire.org

               *Admitted pro hac vice*

Cc:   Phil Friduss
       Emily Schnidt