IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Jeffrey Gray,

    Plaintiff,

v.            Case No. 1:23-cv-463-MLB

City of Alpharetta, et al.,

    Defendants.

_____/

## ORDER

This case is **REFERRED** to Chief United States Magistrate Judge Russell G. Vineyard for assignment to the next available United States Magistrate Judge for mediation. This case is **STAYED** pending mediation. The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case during the period of the stay. Within seven (7) days of the completion of the mediation, the parties shall report the outcome of the mediation to the Court.

**SO ORDERED** this 24th day of July, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE