# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-00463-MLB
### Gray v. City of Alpharetta et al
### Honorable Linda T. Walker

Minute Sheet for proceedings held In Chambers on 09/06/2023.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 5:40 P.M.
TIME IN COURT: 8:10
OFFICE LOCATION: Atlanta

TAPE NUMBER: zoomgov
DEPUTY CLERK: Traci Clements-Campbell

ATTORNEY(S) PRESENT:
Henry Cleland representing City of Alpharetta
Henry Cleland representing Harold Shoffeitt
James Diaz representing Jeffrey Gray
Phillip Friduss representing City of Alpharetta
Phillip Friduss representing Harold Shoffeitt
James Jordan representing Jeffrey Gray
Emily Schnidt representing Arick Furr
Emily Schnidt representing Harold Shoffeitt
Adam Steinbaugh representing Jeffrey Gray
** Molly Esswein (City Attorney)
** Chris Lagerboom (City Administrator)
** John Robinson (Chief of Police)
** William Rivard (Claims Attorney)
** Daijah Blackburn (LTW intern)
** Doraly Blanton (LTW intern)

PROCEEDING CATEGORY:
Settlement Conference;

MINUTE TEXT:
The parties came before the Court for a mediation. The parties reached an agreement, in part. While the parties were able to reach an agreement with regard to the monetary aspect of the case, the parties were given additional time to revise and agree to policies governing panhandling, criminal trespass warnings on public property, and training. The Court directed the Defendants to provide Plaintiff with Defendants' current position on the three policy issues. The parties were also directed to exchange revisions over the next two weeks. The parties shall have up to and including September 25, 2023, to report back to the Court whether they have reached an agreement on the policy issues, if additional time is needed to exchange drafts, and/or if they need the Court's assistance to finalize the policies.

HEARING STATUS:     Hearing Concluded