IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Jeffrey Gray,

        Plaintiff,

                Case No. 1:23-cv-463-MLB

v.

City of Alpharetta, et al.,

        Defendants.

_____/

## ORDER

The Court denies Defendants' request—embedded in a settlement status report (Dkt. 35)—to dismiss this case with prejudice. The Court believes settlement discussions should continue under the supervision of Magistrate Judge Linda T. Walker. The Court defers to Magistrate Judge Walker on how those settlement discussions should proceed from here (including whether the parties should continue to exchange settlement proposals as part of their own negotiations or whether the Magistrate Judge should host a status conference or another judicially hosted settlement conference). The Court **DIRECTS** the parties to promptly notify the Court—after obtaining permission from the

Magistrate Judge—if they reach a settlement or if settlement discussions fail.

**SO ORDERED** this 26th day of October, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE