IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF ALPHARETTA, *et al.*,<br><br>*Defendants.* | Civil Action No.:<br>1:23-cv-00463-MLB |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR PLAINTIFF JEFFREY GRAY

Pursuant to Rule 83.1(E)(3) of this Court's Local Rules of Civil Practice, Attorney Harrison M. Rosenthal files this Certificate of Consent to withdraw as counsel for Plaintiff Jeffrey Gray in this action. Attorneys Adam Steinbaugh, James Diaz, and Andrew Santos Fleischman will remain counsel of record.

Plaintiff Gray has been advised of and understands the items set forth in LR 83.1(E)(2)(b)(B) through (H). Plaintiff acknowledges that:

- The Court retains jurisdiction over the action;

- Plaintiff Gray and his remaining counsel have an obligation to keep the Court informed of a location where notices, pleadings, or other papers may be served;

1

- Failure or refusal to satisfy court-related obligations could result in adverse consequences;

- Because the action is currently stayed pending mediation, and because Plaintiff Gray continues to be represented by counsel, no dates will be affected by the withdrawal of counsel; and

- Notices may continue to be served on Plaintiff Gray's continuing counsel.

Evidenced by his signature below, Plaintiff consents to the requested withdrawal of Harrison M. Rosenthal.

DATED:  November 29, 2023

Respectfully submitted,

/s/ Harrison M. Rosenthal
HARRISON M. ROSENTHAL*
PA Bar No. 332452; KS Bar No. 28894;
MO No. 72990

/s/ Adam Steinbaugh
ADAM STEINBAUGH*
PA Bar No. 326475; CA No. 304829
JAMES M. DIAZ*
VT Bar No. 5014
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106

_____
JEFFREY GRAY
Plaintiff

/s/ Andrew Fleischman
ANDREW S. FLEISCHMAN
Georgia Bar No. 949071
SESSIONS & FLEISCHMAN LLC
3155 Roswell Road, Ste. 220
Atlanta, GA 30305
Tel:  (470) 524-6379
Fax:  (470) 745-0734
andrew@thesessionslawfirm.com

Tel: (215) 717-3473
Fax: (267) 573-3073
adam@thefire.org
jay.diaz@thefire.org

*Counsel for Plaintiff Jeffrey Gray*

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, a copy of the foregoing **Certificate of Consent with Withdraw as Counsel for Plaintiff Jeffrey Gray** was electronically filed with the Clerk of Court using the CM/ECF system that will automatically send notification of such filing to the following attorneys of record:

>Phillip E. Friduss
>191 Peachtree Street, N.E., Suite 2900
>Atlanta, GA 30303-1755
>pfriduss@hallboothsmith.com
>*Counsel for Defendants City of Alpharetta and Harold Shoffeitt*
>
>Henry M. Cleland
>191 Peachtree Street, N.E., Suite 2900
>Atlanta, GA 30303-1755
>hcleland@hallboothsmith.com
>*Counsel for Defendants City of Alpharetta and Harold Shoffeitt*
>
>Emily E. Schnidt
>Borkan & Scahill, Ltd.
>Two First National Plaza 20 S. Clark Street, Suite 1700
>Chicago, IL. 60603
>eschnidt@borkanscahill.com
>*Counsel for Defendant Arick Furr*

Signed this 29th day of November, 2023.

>>/s/ *Adam Steinbaugh*
>>ADAM STEINBAUGH

4