IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GRAY, *Plaintiff,* v. CITY OF ALPHARETTA, *et al.*, *Defendants.* | Civil Action No.: 1:23-cv-00463-MLB |

## [PROPOSED] ORDER

Before the Court is the Certificate of Consent to Withdraw of Harrison Rosenthal as Counsel of Record, filed November 29, 2023. The Clerk is DIRECTED to remove Harrison Rosenthal as counsel of record for Plaintiff Jeffrey Gray and remove his name from all service lists in this case.

**SO ORDERED** this _____ day of _____, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE