IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF ALPHARETTA, *et al.*,<br><br>*Defendants.* | Civil Action No.<br>1:23-cv-00463-MLB |

**STIPULATION OF VOLUNTARY DISMISSAL**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jeffrey Gray and Defendants City of Alpharetta, Arick Furr, and Harold Shoffeitt stipulate to the dismissal with prejudice of all claims and affirmative defenses arising out of or relating to this lawsuit. The parties stipulate that a settlement has been reached.

DATED:   August 5, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ *Adam Steinbaugh*<br>ADAM STEINBAUGH*<br>PA Bar No. 326475; CA No. 304829<br>JAMES M. DIAZ*<br>VT Bar No. 5014<br>COLIN MCDONELL*<br>PA Bar No. 331247; CA No. 289099 | /s/ *Phillip E. Friduss*+<br>PHILLIP E. FRIDUSS<br>Georgia Bar No. 277220<br>HENRY CLELAND<br>Georgia Bar No. 663931<br>HALL BOOTH SMITH, P.C.<br>191 Peachtree Street, N.E. |

FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel:   (215) 717-3473
Fax:  (267) 573-3073
adam@thefire.org
jay.diaz@thefire.org
colin.mcdonell@thefire.org

/s/ *Andrew Fleischman*
ANDREW S. FLEISCHMAN
Georgia Bar No. 949071
SESSIONS & FLEISCHMAN LLC
3155 Roswell Road, Ste. 220
Atlanta, GA 30305
Tel:   (470) 524-6379
Fax:  (470) 745-0734
andrew@thesessionslawfirm.com

*Counsel for Plaintiff Jeffrey Gray*

\*Admitted *Pro Hac Vice*

+Signed with permission

Suite 2900
Atlanta, GA 30303-1755
Tel: 404-954-5000
Fax: 404-954-5020
pfriduss@hallboothsmith.com
hcleland@hallboothsmith.com

*Counsel for Defendants City of Alpharetta and Harold Shoffeitt*

/s/ *Emily E. Schnidt*+
EMILY E. SCHNIDT
Georgia Bar No. 330676
BORKAN & SCAHILL, LTD.
20 S. Clark Street, Suite 1700
Chicago, IL 60603
eschnidt@borkanscahill.com

*Counsel for Defendant Arick Furr*